

FILED

MAR 0 2 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO REYES, DOLORES REYES, PAUL REYES, DESIREE REYES,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN; DARIO MORENGO; STEVE GUTIERREZ; VICTOR MOW; JACK SIGLOCK; LEROY ORNELLAS; MANUEL LOPEZ; TERRANCE DERMODY; SHERYL SPARKS; EDWARD ALLUM; JOSEPH CHELLI; LINDA VALADEZ; TAMMIE GILES; DIANE TAYLOR; ALICIA BAYLOR; ROBERT WINKLER; WENDY MOORE; MARCELL SMITH; LINDA TURNER; M. SUMURAGA; TAYMOUR E. MALAK, M.D.; HILARY SILVER, M.D.,<br><br>        Defendants. | MISC S-04-0059 FCD PAN PS<br><br>ORDER<br><br>CIV.S- 04-0428 FCD PAN -PS |

—oOo—

On February 19, 2004, plaintiff Ramiro Reyes filed an application to proceed in forma pauperis pursuant to 28 U.S.C.

§ 1915. The remaining plaintiffs, Dolores, Paul, and Desiree Reyes, filed no such applications, nor did they sign the complaint lodged with Ramiro Reyes' application as required by Federal Rule of Civil Procedure 11(a).

Plaintiff's affidavit demonstrates that because of poverty he cannot pay or give security for court costs and still be able to provide himself with the necessities of life. See Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948). Accordingly, plaintiff's application is granted.

The clerk of the court is directed to open a civil file as to plaintiff Ramiro Reyes. However, the clerk shall not file plaintiff's lodged complaint.

As the remaining plaintiffs neither filed applications to proceed in forma pauperis nor signed the lodged complaint, they shall not be allowed to proceed in this action. However, the remaining plaintiffs are granted leave to submit their own applications and sign an amended complaint within 20 days of service of this order.

Because it appears the remaining plaintiffs may be unable to competently make an affidavit due to incapacity, plaintiff Ramiro Reyes is granted 20 days from service of this order to show he is either their guardian or apply to become their guardian ad litem. See Fed.R.Civ.P. 17(c). If plaintiff is determined to be the guardian for the remaining plaintiffs, he may then submit in forma pauperis applications on their behalf at that time.

Regardless, plaintiff must file an appropriately signed

1  amended complaint within 20 days of service of this order.  <u>See</u>
2  Fed.R.Civ.P. 11.
3      Upon the timely filing of a proper amended complaint,
4  plaintiff shall then provide the United States Marshal with
5  complete, current service instructions, summonses, and sufficient
6  copies of the complaint pursuant to Federal Rule of Civil
7  Procedure 4(c) so the Marshal may effect service within the time
8  required by Federal Rule of Civil Procedure 4(m).  The Marshal
9  shall then serve process upon defendant pursuant to plaintiff's
10 instructions without payment of fees or expenses therefor.  <u>See</u>
11 28 U.S.C. § 1915(d).
12     So ordered.
13     Dated: February 27, 2004.

                                      Peter A. Nowinski
                                      Magistrate Judge

United States District Court
for the
Eastern District of California
March 2, 2004

* * CERTIFICATE OF SERVICE * *

2:04-mc-00059

Reyes

   v.

Silver

CIV.S- 04-0428 FCD PAN -PS

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 2, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Ramiro Reyes                              TM/PAN
1046 West Oak Street
Stockton, CA  95203

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk