```
 1  Joseph H. Fagundes,  #95264
    Floyd W. Cranmore, #124079
 2  CASSEL MALM FAGUNDES
    6 El Dorado South, Suite 601
 3  Stockton, CA  95202
    Telephone: (209) 870-7900
 4  Fax: (209) 870-7922

 5  Attorneys for Defendants
    COUNTY OF SAN JOAQUIN, DARIO
 6  MARENCO, STEVE GUTIERREZ, VICTOR
    MOW, JACK SIEGLOCK, LEROY
 7  ORNELLAS, MANUEL LOPEZ,
    TERRENCE DERMODY, SHERYLE
 8  SPARKS, JOSEPH CHELLI, HILARY
    SILVER, M.D., ROBERT WINKLER, AND
 9  MARCHELL SMITH, EDWARD ALLUM,
    ALICIA BAYLOR, MARYCORRINE
10  GILES, TAMOUR MALAK, M.D., WENDY
    MOORE, MERLY SUMURAGA, DIANE
11  TAYLOR, LINDY TURNER, and LINDA
    VALADEZ
12
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO REYES, DOLORES REYES, and DESIREE REYES, | Case No. CIV.S-04-0428 FCD PAN - PS |
| Plaintiffs, | **CORRECTED** RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Fed.R.Civ.P. 12(b)(6)), AND SETTING FOR HEARING AND ORAL ARGUMENTS |
| vs. | |
| COUNTY OF SAN JOAQUIN, DARIO MORENGO, STEVE GUTIERREZ, VICTOR MOW, JACK SIGLOCK, LEROY ORNELLAS, MANUEL LOPEZ, TERRANCE DERMODY, SHERYL SPARKS, EDWARD ALLUM, JOSEPH CHELLI, LINDA VALADEZ, TAMMIE GILES, DIANE TAYLOR, ALICIA BAYLOR, ROBERT WINKLER, WENDY MOORE, MARCELL SMITH, LINDA TURNER, M. SUMURAGA, TAYMOUR E. MALAK, M.D., HILARY SILVER, M.D., | Date:  **July** 6, 2005<br>Time:  9:00 a.m.<br>Courtroom No.: 25 - Eighth Floor<br><br>Judge Peter A. Nowinski |
| Defendants. | |

1

**CORRECTED** RE-NOTICE OF MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6)), AND SETTING FOR HEARING AND ORAL ARGUMENTS

00046007.WPD

1 **TO THE PLAINTIFFS IN PRO PER, THEIR GUARDIANS, AND ALL PARTIES AND**
2 **THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE,** that on July 6, 2005, at 9:00 a.m., or
3 as soon thereafter as the matter may be heard in the above-entitled court, located at 501 I Street,
4 Sacramento, California 95814, Defendants COUNTY OF SAN JOAQUIN, DARIO MARENCO,
5 STEVE GUTIERREZ, VICTOR MOW, JACK SIEGLOCK, LEROY ORNELLAS, MANUEL LOPEZ,
6 TERRENCE DERMODY, SHERYLE SPARKS, JOSEPH CHELLI, HILARY SILVER, M.D.,
7 ROBERT WINKLER, and MARCHELL SMITH, EDWARD ALLUM, ALICIA BAYLOR,
8 MARYCORRINE GILES, TAMOUR MALAK, M.D., WENDY MOORE, MERLY SUMURAGA,
9 DIANE TAYLOR, LINDY TURNER, and LINDA VALADEZ will, and hereby do, move this Court
10 to dismiss this action in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice
11 and without right to amend.
12       This Motion is made on the grounds that Plaintiffs fail to state a claim upon which relief can be
13 granted and, even construed under more lenient standards for in pro per plaintiffs, the Plaintiffs in the
14 instant matter cannot possibly amend to state such a claim, absent resort to improper "sham" pleadings.
15       More specifically, Plaintiffs' complaint fails to state a claim upon which relief can be granted
16 on the grounds that:  (1) Plaintiffs have no standing to demand relief; (2) Plaintiffs have failed to plead
17 any facts concerning their alleged causes of action; (3) Plaintiffs' complaint is fatally defective because
18 it alleges fraud without any pleading of particularity as required by Federal Rule of Civil Procedure 9(b);
19 (4) Plaintiffs' complaint is fatally defective because Civil Code section 47 bars derivative tort actions
20 and applies to all torts other than malicious prosecution; (5) All County employees that have been served
21 in this matter are immune from liability pursuant to Government Code section 820.2; and (6) Plaintiffs
22 failed to allege compliance with the claims-filing requirements of the California Tort Claims Act
23 pertaining to their joined causes of action based on state law; (7) a binding party admission by Plaintiffs
24 that the Complaint is factually groundless; and (8) the action is an improper collateral attack on a prior
25 state court Order, the findings of which bar relitigation of the factual issues underlying the Complaint.
26       This motion will be based on this Notice of Motion, and upon the initial Notice of Motion setting
27           2
28

CASSEL MALM FAGUNDES
6 S. El Dorado St., Suite 601
Stockton, CA 95202
(209) 870-7900

**CORRECTED** RE-NOTICE OF MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6)), AND
SETTING FOR HEARING AND ORAL ARGUMENTS

00046007.WPD

hearing in November of 2004, the Memorandum of Points and Authorities and the Request for Judicial Notice with, attached exhibits, for that initial Motion, and upon the Joinder in that Motion by the Joining Defendants, the Memorandum of Points and Authorities of Additional Grounds and 2nd Request for Judicial Notice for that Joinder of Motion, and upon the pleadings and papers in the Court's file in the instant matter, and such matters as may be adduced before or at the time of hearing in this matter.

This Re-Notice of Motion is submitted at the oral direction of the Court's Deputy Clerk following the Joining Defendant's request that a hearing and oral arguments be set in this matter.

Dated: May 31, 2005

Respectfully Submitted,
CASSEL MALM FAGUNDES

By: /x/ Floyd Cranmore
    Joseph H. Fagundes
    Floyd Cranmore
    Attorneys for Defendants
    COUNTY OF SAN JOAQUIN, DARIO MARENCO, STEVE GUTIERREZ, VICTOR MOW, JACK SIEGLOCK, LEROY ORNELLAS, MANUEL LOPEZ, TERRENCE DERMODY, SHERYLE SPARKS, JOSEPH CHELLI, HILARY SILVER, M.D., ROBERT WINKLER, AND MARCHELL SMITH, EDWARD ALLUM, ALICIA BAYLOR, MARYCORRINE GILES, TAMOUR MALAK, M.D., WENDY MOORE, MERLY SUMURAGA, DIANE TAYLOR, LINDY TURNER, and LINDA VALADEZ

CASSEL MALM FAGUNDES
6 S. El Dorado St., Suite 601
Stockton, CA 95202
(209) 870-7900

3

**CORRECTED** RE-NOTICE OF MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6)), AND SETTING FOR HEARING AND ORAL ARGUMENTS

3                                                                                          00046007.WPD

PROOF OF SERVICE BY MAIL
OR BY OVERNIGHT UNITED PARCEL SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN

I am employed in the County of San Joaquin, State of California. I am over the age of 18 and not a party to the within action. My business address is 6 El Dorado South, Suite 601, Stockton, CA 95202.

On June 3, 2005, I served the following:

**RE-NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Fed.R.Civ.P. 12(b)(6)) AND SETTING FOR HEARING AND ORAL ARGUMENTS**

  X    By enclosing a true copy thereof in an appropriate sealed envelope, addressed to each interested party as stated on the attached mailing list.

**BY MAIL:**

_____   I deposited each such sealed envelope, with postage thereon fully prepaid, in the United States mail at Stockton, California.

  X    Pursuant to ordinary business practice, I caused said envelope to be collected and placed for deposit in the United States Postal Service at Stockton, California. I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. It is collected and deposited with the United States Postal Service, with postage thereon fully prepaid, on the same day in the ordinary course of business.

**BY UNITED PARCEL SERVICE:**

_____   I deposited each sealed United Parcel Service envelope for overnight delivery, with United Parcel Service delivery fees fully prepaid or provided for, in a United Parcel depository at Stockton, California.

Executed on June 3, 2005, at Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/Rhoda Thomas
RHODA THOMAS

**CORRECTED** RE-NOTICE OF MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6)), AND SETTING FOR HEARING AND ORAL ARGUMENTS

CASSEL MALM FAGUNDES
6 S. El Dorado St., Suite 601
Stockton, CA 95202
(209) 870-7900

**RAMIRO REYES, et al. v. COUNTY OF SAN JOAQUIN, et al.**
**United States District Court, Eastern District of California**
**Case No. CIV.S-04-0428 FCD PAN -PS**

# MAILING LIST

| | |
|---|---|
| Ramiro Reyes<br>1046 West Oak Street<br>Stockton CA 95203 | PLAINTIFFS<br><br>(209) 547-1405<br>(209) 481-6151 |
| Dolores Reyes<br>% Ramiro Reyes<br>1046 West Oak Street<br>Stockton CA 95203 | |
| Desiree Reyes<br>% Ramiro Reyes<br>1046 West Oak Street<br>Stockton CA 95203 | |
| Robyn Drivon<br>San Joaquin County<br>Office of the County Counsel<br>222 E. Weber Avenue, Room 711<br>Stockton CA 95202 | Attorneys for Defendants<br>COUNTY OF SAN JOAQUIN, DARIO MARENCO, STEVE GUTIERREZ, VICTOR MOW, JACK SIEGLOCK, LEROY ORNELLAS, MANUEL LOPEZ, TERRENCE DERMODY, SHERYLE SPARKS, JOSEPH CHELLI, HILARY SILVER, M.D., ROBERT WINKLER, AND MARCHELL SMITH<br><br>Telephone: (209) 468-2980<br>Fax: (209) 468-0315 |

**CORRECTED** RE-NOTICE OF MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6)), AND SETTING FOR HEARING AND ORAL ARGUMENTS

CASSEL MALM FAGUNDES
6 S. El Dorado St., Suite 601
Stockton, CA 95202
(209) 870-7900