IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMIRO REYES, DOLORES REYES, and DESIREE REYES,

        Plaintiffs,

    v.

COUNTY OF SAN JOAQUIN, et al.,

        Defendants.
_____/

CIV. S-04-0428-FCD-PAN-PS

ORDER

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On August 31, 2005, Judge Nowinski recommended that defendants' motion for summary judgment be granted.  No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed August 31, 2005, are adopted in full; and

    2.  Defendants' motion for summary judgment is granted.

DATED: September 27, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2